UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00464

**Rodney Dewayne Muckleroy,**
*Plaintiff,*

v.

**Liz Price et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

Before the court are the findings of fact and recommendation of United States Magistrate Judge John D. Love. Doc. 6. Judge Love recommends that this case be dismissed without prejudice for failure to prosecute and failure to obey a court order. *Id.* On December 11, 2019, a copy of the report and recommendation was mailed to plaintiff at his last known address, return receipt requested. Since then, plaintiff has not objected to the report and recommendation. When no party objects to a magistrate judge's report and recommendation within 14 days of service, the district court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)). Here, there is no clear error.

Therefore, the magistrate judge's report and recommendation (Doc. 6) is **adopted**. This lawsuit is **dismissed without prejudice**. Any outstanding motions are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on January 23, 2020.*

J. CAMPBELL BARKER
United States District Judge